```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0108--CR (JWS)
                              "USA V CHIEM EUY SAECHAO ET AL"
                                  DEF 1.1 SAECHAO, CHIEM EUY

                 Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 09/22/04
               Closed: 08/29/05
   No. of Defendants: 2
      MJ Case Number: A04-0222--MJ
                 AKA:
     Location status: Released on Bond
           Trial date: 06/06/05
           Terminated: YES
   Needs interpreter: YES
   Counsel of record: Sue Ellen Tatter
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Joseph W. Bottini
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 1.1 SAECHAO, CHIEM EUY

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:952 & 960(a) & (b)(3) IMPORTATION OF A CONTROLLED SUBSTANCE (F) | Terminated |
| 1 - 1 IND | 2 | 18:545 RECEIPT OF SMUGGLED MERCHANDISE (F) | Terminated |
| 1 - 1 IND | 3 | 21:846, 841(a)(1) & (b)(1)(C) ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 27 - 1 | 1-S | 21:952 & 960(a)&(b)(3) IMPORTATION OF A CONTROLLED SUBSTANCE (F) | Sentenced (89-1) |
| 27 - 1 | 2-S | 18:545 RECEIPT OF SMUGGLED MERCHANDISE (F) | Sentenced (89-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0108--CR (JWS)
"USA V CHIEM EUY SAECHAO ET AL"
DEF 1.1 SAECHAO, CHIEM EUY

Including terminated defendants, excluding terminated counsel

```
27 -    1       3-S     21:846, 841(a)(1) & (b)(1)(C) ATTEMPTED POSSESSION   Acquitted
                        OF A CONTROLLED SUBSTANCE WITH INTENT TO             (81-1)
                        DISTRIBUTE (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0108--CR (JWS)
                              "USA V CHIEM EUY SAECHAO ET AL"
                                  DEF 2.1 SAETERN, MEUY YAO

                  Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/22/04
            Closed: 08/29/05
No. of Defendants: 2
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date: 04/04/05
        Terminated: YES
Needs interpreter: YES
 Counsel of record: Hugh W. Fleischer
                    310 K Street, Suite 200
                    Anchorage, AK 99501
                    907-264-6635
                    FAX 907-264-6602
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Joseph W. Bottini
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 SAETERN, MEUY YAO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 27 - 1 | 2-S | 18:545 RECEIPT OF SMUGGLED MERCHANDISE (F) | Dismissed (66-1) |
| 27 - 1 | 3-S | 21:846, 841(a)(1) & (b)(1)(C) ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (66-1) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0108--CR (JWS)
                             "USA V CHIEM EUY SAECHAO ET AL"

                                      For all filing dates
```

   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/22/04
            Closed: 08/29/05
 No. of Defendants: 2

```
 Document #   Filed       Docket text

      1 -  1  09/22/04    [Re: DEF 1] PLF 1 Indictment.

      2 -  1  09/23/04    [Re: DEF 1] AHB Grand Jury Minutes re no bail set; set for arr & notify
                          USM; def in custody.

      3 -  1  09/23/04    [Re: DEF 1] Documents #2 through #3 transferred from: A04-222 MJ (JDR).

      4 -  1  09/23/04    [Re: DEF 1] JDR Minute Order ree Arr set for 9/27/04 at 10:00 a.m.
                          before MJ Branson. cc: USA, FPD, USM, USPO, MJ Branson

      5 -  1  09/27/04    [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                          hld 9/27/04; S. Tatter apptd; def pled not guilty; def detained; PTM's
                          due 10/5/04; govt's response due 10/12/04; cnsl advised of trial date
                          11/22/04 before Judge Singleton; FPTC set for 11/17/04; tent evident hrg
                          set for 10/13/04 at 9:30 a.m. before MJ Roberts. cc: USA, FPD, USM,
                          USPO, Judge Singleton, MJ Roberts

      6 -  1  09/27/04    [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM,
                          USPO

      7 -  1  09/27/04    [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet &
                          confer by 10/1/04; PTM's due 10/5/04. cc: USA, FPD

      8 -  1  09/27/04    [Re: DEF 1] JKS Minute Order setting trial by jury 11/22/04 at 9:00 a.m.
                          for and FPTC set for 11/17/04 at 10:00 a.m.. cc: cnsl, JC, MJ Roberts

      9 -  1  10/04/04    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

     10 -  1  10/05/04    DEF 1 motion to suppress w/att memo.

     11 -  1  10/06/04    [Re: DEF 1] JDR Minute Order re evident hrg on mot to suppress set for
                          10/19/04 at 9:30 a.m. cc: USA, FPD, USM, USPO

     12 -  1  10/12/04    [Re: DEF 1] Transcript re: preliminay/detention hrg held 9/8/04
                          (A04-0222MJ(JDR).

     13 -  1  10/12/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (10-1).

     14 -  1  10/13/04    [Re: DEF 1] JDR Minute Order re evident hrg RESET for 10/18/04 at 9:30
                          a.m. cc: USA, FPD, USM, USPO

     15 -  1  10/13/04    DEF 1 reply to opposition to DEF 1 motion to suppress (10-1).

     16 -  1  10/19/04    [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] Evid hrg on mot
                          to suppress (dkt 10) held 10/18/04; taking under advisement motion to
                          suppress (10-1) written ruling to issue. Gov directed to order a
                          transcript of the hrg.  Court heard re Interpreter's concerns & issues
                          re coming to Ak for trial.  Att/wit and exh list.  cc: AUSA, FPD, USM,
                          USPO, Judge Singleton
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0108--CR (JWS)
                         "USA V CHIEM EUY SAECHAO ET AL"

                                 For all filing dates


 Document #   Filed      Docket text

   17 -   1  10/19/04   DEF 1 Unopposed motion for scheduling conference.

   18 -   1  10/26/04   [Re: DEF 1] JKS Order granting unopposed motion for scheduling
                         conference (17-1).  Scheduling conference is set for 10/29/04 at 10:00
                         a.m. in Courtroom #2.  cc: AUSA, FPD, USM, USPO

   19 -   1  10/29/04   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] of trial
                         scheduling conf held 10/29/04; FPTC on 11/17/04 and TBJ on 11/22/04
                         VACATED; FPTC reset to 12/22/04 at 4:00 pm; TBJ reset to 12/27/04; excl
                         delay under 18 USC 3161(h)(8); def detained.  cc: USA, FPD, USM, USPO,
                         JC, MJ Roberts

   20 -   1  10/29/04   DEF 1 motion on shortened time for bail review.

   21 -   1  11/01/04   [Re: DEF 1] JDR Order granting motion on shortened time for bail review
                         (20-1); Bail Review hrg set for 11/5/04 at 10:30 a.m. cc: USA, FPD, USM,
                         USPO

   22 -   1  11/08/04   [Re: DEF 1] JDR Minute Order re Bail Review Hrg hld 11/5/04; bail
                         request denied; cnsl for def to file under seal def's mental health
                         records. cc: USA, FPD, USM, USPO

   23 -   1  11/22/04   [Re: DEF 1] Transcript re: evidentiary hrg on mot to suppress held
                         10/18/04.

   24 -   1  12/03/04   Initial R&R re: DEF 1 motion to suppress be granted (10-1). Objections
                         due by noon 12/09/04. Reply due by noon 12/15/04. cc: USA, FPD, Judge
                         Singleton

   25 -   1  12/08/04   [Re: DEF 1] JKS Order Appointing Interpreter Caseys Lee as Mien/English
                         interpreter for trial. cc: USA, FPD, MJ Roberts, Finance, C. Lee

   26 -   1  12/09/04   [Re: DEF 1] PLF 1 objection to R&R re: DEF 1 motion to suppress (10-1).

 NOTE -   1  12/15/04   [Re DEF 2] Issued: Summons

   27 -   1  12/15/04   [Re: DEF 1-2] PLF 1 Superseding Indictment.

   28 -   1  12/15/04   [Re: DEF 1-2] JDR Grand Jury Minutes re bail set at $10,000 secured re
                         D2; no bail set re D1; summons to be issued re D2; set for Arr & notify
                         USM re D1,2; D1 in custody.

   29 -   1  12/15/04   [Re: DEF 1] JDR Minute Order re Arr on SIndt set for 12/20/04 at 10:30
                         a.m. cc: USA, FPD, USM, USPO

   30 -   1  12/15/04   [Re: DEF 2] JDR Minute Order re Arr on SIndt set for 1/24/05 at 9:30
                         a.m. cc: USA, USM, USPO, def w/USM cy

   31 -   1  12/15/04   DEF 1 reply to objection to R&R re: DEF 1 motion to suppress (10-1).

 NOTE -   2  12/16/04   [Re DEF 2] Issued: Proposed trial date setting for arr & notice of
                         speedy trial act ddlns.

   32 -   1  12/17/04   Final R&R re: DEF 1 motion to suppress (10-1); MJ declines to modify
                         recoomednation that motion be granted. cc: USA, FPD, Judge Singleton.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0108--CR (JWS)
"USA V CHIEM EUY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 12/20/04 | [Re: DEF 1] JDR Minute Order re Arr on the SIndt prev set for 12/20/04 is RESET for 12/21/04 at 2:30 p.m. cc: USA, FPD, USM, USPO |
| 34 - 1 | 12/20/04 | DEF 1 Unopposed motion on shortened time to continue trial w/att aff. |
| 35 - 1 | 12/21/04 | [Re: DEF 1] JKS Minute Order re hrg on def's unoppos mot to cont trial set for 12/22/04 at 10:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 36 - 1 | 12/21/04 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Arraignment on 1st Sup Ind (held 12/21/04); not guilty cts 1-3 of Sup Ind; detention cont. cc: USA, FPD, PO, USM |
| 37 - 1 | 12/22/04 | [Re: DEF 1] JKS Order denying motion to suppress (10-1). cc: USA, FPD, MJ Roberts |
| 38 - 1 | 12/22/04 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: hearing on mot to cont trial (held 12/22/04); Unopposed motion on shortened time to continue trial (34-1) GRANTED; FPTC set for 12/22/04 and TBJ set for 12/27/04 VACATED; FPTC reset to 2/18/05 at 2:30 pm; TBJ reset to 2/22/05 at 9:00 am; FPTC & TBJ to be reassigned to another USDJ. cc: USA, FPD, USM, USPO, JC, MJ Roberts |
| 39 - 1 | 12/27/04 | [Re: DEF 1-2] JKS Minute Order re case reassigned to JWS. cc: USA, FPD, USM, USPO, MJ Roberts, Judge Sedwick, JC |
| 40 - 1 | 12/27/04 | [Re: DEF 1] JKS AMENDED Court Minutes [ECR: Linda Christensen] re: hrg on mot to con trial (held 12/22/04); unopp mot on short time to cont trial (34-1) GRANTED; exc delay found under 18:3161(h)(7); FPTC set for 12/22/04 and TBJ set for 12/27/04 VACATED; FPTC reset to 2/18/05 at 2:30 pm; TBJ reset to 2/22/05 at 9:00 am; FPTC & TBJ to be reassigned to another USDJ. cc: USA, FPD, USM, USPO, JC, MJ Roberts |
| 41 - 1 | 01/03/05 | [Re: DEF 1] Exhibit inventory and dispostion notice. Exhs 1, returned to USA on 01/03/05. |
| 42 - 1 | 01/05/05 | DEF 1 Unopposed motion for bail hearing (on shortened time). |
| 43 - 1 | 01/05/05 | [Re: DEF 1] JDR Order granting unopposed motion for bail hearing (on shortened time) (42-1); Bail Review hrg set for 1/10/05 at 11:00 a.m. cc: USA, FPD, USM, USPO |
| 44 - 1 | 01/11/05 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Bail Review hrg hld 1/10/05; def's oral mot to release def to the Cordova Center granted; def released. cc: USA, FPD, USM, USPO |
| 45 - 1 | 01/11/05 | [Re: DEF 1] Order setting conditions of release. cc: USA, FPD, USM, USPO |
| 46 - 1 | 01/11/05 | [Re: DEF 1] Copy of JDR Order of Release re def released 1/10/05. cc: USA, FPD, USM, USPO |
| 47 - 1 | 01/20/05 | USM Return of svc on summons re: DEF 2 executed on 1/19/05. |
| 48 - 1 | 01/24/05 | [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on 1st SIndt; Interpreter did not appear; crt directed CMC to reset Arr on 1st Sindt w/Mr. Fleischer & the interpreter; def remains under summons to appear at cont hrg; Arr is reset for 1/26/05 at 9:30 a.m. cc: USA, H. Fleischer, USM, USPO |

Case 3:04-cr-00108-JWS   Document 94   Filed 09/22/2004   Page 7 of 9

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0108--CR (JWS)
"USA V CHIEM EUY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 49 - 1 | 01/24/05 | DEF 2 Financial Affidavit. |
| 50 - 1 | 01/26/05 | [Re: DEF 2] JDR Court Minutes [ECR: Robin Carter] re cont Arr on 1st SIndt hld 1/26/05; H. Fleischer apptd; def pled not guilty to cts 1-2 of SIndt; bond set at $5,000 unsecured; PTM's due 2/10/05; cnsl advised of trial date 2/22/05 & FPTC 2/18/05. cc: USA, FPD CJA Clerk, H. Fleischer, USM, USPO, Judge Sedwick |
| 51 - 1 | 01/26/05 | [Re: DEF 2] Appearance bond. |
| 52 - 1 | 01/26/05 | [Re: DEF 2] Order setting conditions of release; bond set at $5,000. cc: USA, H. Fleischer, USM, USPO |
| 53 - 1 | 01/26/05 | [Re: DEF 2] JDR Order regarding preparation for trial re cnsl to meet & confer 1/28/05; PTM's due 2/10/05. cc: USA, H. Fleischer |
| 54 - 1 | 01/26/05 | [Re: DEF 2] JWS Minute Order re FPTC set for 2/18/05 at 2:30 p.m.; TBJ set for 2/22/05 at 9:00 a.m. cc: USA, H. Fleischer, USM, USPO, MJ Roberts, JC |
| 55 - 1 | 01/27/05 | [Re: DEF 2] CJA appointment of H. Fleischer. |
| 56 - 1 | 01/27/05 | [Re: DEF 2] PLF 1 Discovery Conference Certificate. |
| 57 - 1 | 01/27/05 | DEF 2 Unopposed motion to continue trial and notice of proposed trial dates of all counsel. |
| 58 - 1 | 01/31/05 | [Re: DEF 1-2] JWS Order granting unopposed motion to continue trial (57-1). Trial is continued until 4/4/05 at 9:00 a.m. and the fptc will be at 8:30 a.m. 4/4/05. cc: AUSA, FPD, H. Fleischer, USM, UPSO, MJ Roberts, JC |
| 59 - 1 | 01/31/05 | [Re: DEF 1-2] JWS Minute Order the fptc is reset for 4/4/05 at 8:30 a.m and the TBJ is reset for 9:00 a.m. as to both defendants. cc: AUSA, FPD, H. Fleischer, USM, USPO, MJ Roberts, JC |
| 60 - 1 | 02/07/05 | DEF 2 Unopposed motion to continue pre-trial motions. |
| 61 - 1 | 02/08/05 | [Re: DEF 2] JDR Order granting unopposed motion to continue pre-trial motions to 3/2/05 (60-1). cc: USA, H. Fleischer |
| 62 - 1 | 03/02/05 | DEF 2 expedited unopposed motion to continue pretrial motions to 3/16/05. |
| 63 - 1 | 03/03/05 | [Re: DEF 2] JDR Minute Order granting expedited unopposed motion to continue pretrial motions to 3/16/05, except as to discovery motions (62-1). cc: USA, H. Fleischer |
| 64 - 1 | 03/10/05 | [Re: DEF 2] PLF 1 motion to dismiss 1st superseding indictment. |
| 65 - 1 | 03/11/05 | [Re: DEF 2] HRH Order granting mot to dismiss 1st SIndt (64-1). cc: USA, H. Fleischer |
| 66 - 1 | 03/11/05 | [Re: DEF 2] HRH Judgment of Discharge dism cts 2S,3S of 1st SIndt (27-1). cc: USA, H. Fleischer, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 67 - 1 | 03/11/05 | DEF 1 Unopposed motion to continue trial w/att aff. |

Case 3:04-cr-00108-JWS   Document 94   Filed 09/22/2004   Page 8 of 9
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0108--CR (JWS)
"USA V CHIEM EUY SAECHAO ET AL"

For all filing dates

```
Document #    Filed      Docket text

   68 -  1   03/15/05   DEF 1 Unopposed motion on shortened time for bail review.

   69 -  1   03/15/05   [Re: DEF 1] JDR Minute Order granting unopposed motion on shortened time
                        for bail review (68-1); Bail Review hrg set for 3/16/05 at 11:00 a.m.
                        cc: USA, FPD, USM, USPO

   70 -  1   03/16/05   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re bail review
                        hearing (held 03/16/05); oral mot to rls def from cordova center to
                        family home granted; ord setting conds fld; def rlsd; oral mot to rls
                        def Identification granted.  cc: USA, USM, USPO, FPD.

   71 -  1   03/16/05   [Re: DEF 1] Copy of JDR Order of Release(orig+1cy to USM by ECR).  cc:
                        USA, FPD, USM, USPO.

   72 -  1   03/16/05   [Re: DEF 1] Order setting conditions of release; def released to live
                        w/family at home.  cc: USA, FPD, USM, USPO

   73 -  1   03/17/05   [Re: DEF 1] JWS Order granting unoppo mot to continue trial (67-1);
                        4/4/05 FPTC & TBJ reset to 6/6/05 @ 8:30 a.m. & 9:00 a.m., respectively;
                        crt found excludable delay per 18:3161(h)(8). cc: USA, FPD, USM, USPO,
                        MJ Roberts, JC, C. Lee (trial interpreter)

   74 -  1   05/09/05   DEF 1 Unopposed motion to modify bail conditions.

   75 -  1   05/10/05   [Re: DEF 1] JWS Order granting unoppo mot to modify bail conditions
                        (74-1); DEF 1 may visit relatives in Wasilla. cc: USA, FPD, USM, USPO

   76 -  1   05/31/05   DEF 1 Notice to the court regarding trial.

   77 -  1   05/31/05   [Re: DEF 1] PLF 1 Trial Memorandum.

   78 -  1   06/02/05   [Re: DEF 1] JWS Minute Order in reliance upon parties' representations
                        (76-1, 77-1), the crt will not summon prospepective jurrors for the
                        trial set to commence 6/6/05; def will be expected to announce on the
                        record at the FPTC that is is his desire to waive his right to TBJ; if
                        def does not ratify his lawyer's representation of his desire to proceed
                        to trial w/o a jury, the trial will neccesarily be postponed for at
                        least 1 day while the crt summons prosepective jurrors. cc: USA, FPD,
                        USM, USPO, JC, ECR

   79 -  1   06/06/05   [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston/Robin Carter/April
                        Karper] RE TBC (held 06/06/05); Court found the defendant Guilty on
                        Counts 1  & 2 of the SIndt and Not Guilty on Count 3 of the SIndt;
                        Defendant remanded;  Court directed Chambers to issue minute order
                        setting the IOS date. w/att wit & exh list. cc: USA, FPD, USM, USPO,
                        Finance.

   80 -  1   06/06/05   [Re: DEF 1] Waiver of Trial by Jury and Waiver of Special Findings of
                        Fact.

   81 -  1   06/07/05   [Re: DEF 1] JWS Judgment of Discharge the Court found not guilty on
                        count 3S of the Superseding Indictment (27-1).   Jury was waived.  cc:
                        AUSA, FPD, USM, UPSO, MJ Roberts, Def w/cnsl cy

   82 -  1   06/07/05   [Re: DEF 1] JWS Minute Order the Court found def guilty on cts 1 & 2 of
                        the First SI; IOS is set for 8/24/05 at 8:30 a.m.  cc: AUSA, FPD, USM,
                        UPSO
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0108--CR (JWS)
"USA V CHIEM EUY SAECHAO ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 83 - | 1 | 08/17/05 | DEF 1 Sentencing Memorandum. |
| 84 - | 1 | 08/17/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 85 - | 1 | 08/24/05 | [Re: DEF 1] Copy of JWS Order of Release. cc: USA, FPD, USM, USPO |
| 86 - | 1 | 08/24/05 | [Re: DEF 1] Order setting conditions of release. cc: USA, FPD, USM, USPO |
| 87 - | 1 | 08/24/05 | DEF 1 appeal to 9CCA of (89-1) filed 08/29/05. cc: USA, FPD, USM, PO, Judge Sedwick, 9CCA |
| 88 - | 1 | 08/26/05 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] Re: IOS held 8/24/05; sent imposed as stated in judg; def rlsed pending appeal by mot.  cc: USA, FPD, USM, USPO |
| 89 - | 1 | 08/29/05 | [Re: DEF 1] JWS Judgment found guilty on count(s) 1S,2S of document (27-1); sent 48 mos; SR 36 mos; SA $200. cc: USA, FPD, USM, USPO, MJ Roberts, Finance, FLU, def w/cnsls cy |
| NOTE - | 3 | 08/30/05 | Transmittal: Forwarded notice of appeal (87-1) to 9CCA. |
| 90 - | 1 | 08/30/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (87-1) cc:USA, FPD, Judge Sedwick, 9CCA (original), ECR |
| 91 - | 1 | 08/31/05 | DEF 1 Transcript Designation/Order Form re: notice of appeal (87-1) hrg already transcribed. |
| 92 - | 1 | 09/01/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (87-1) cc: USA, FPD, Judge Sedwick, 9CCA(original) |
| 93 - | 1 | 10/11/05 | DEF 1 PARTIAL Transcript Re: IOS held 01/24/05. |
| 94 - | 1 | 11/09/05 | [Re: DEF 1] JWS Judgment (Amended).  Imprisonment for a term of 48 months w/recommendations.  Def shall surrender to the USM, as notified by the USM. SR 3 years w/standard and special conditions.  SA $200.00. cc: AUSA, FPD, USM, USPO, MJ ROBERTS, DEF W/CNSL CY, FINANCE, FLU |