Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHIEM EUY SAECHAO,<br><br>    Defendant. | NO. A04-0108 CR (JWS)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO AMEND BAIL CONDITIONS** |

Mr. Saechao is currently on bail pending appeal subject to the condition that he remain in the Anchorage area unless he obtains express written permission of the court.

The defense, with the non-opposition of Assistant U.S. Attorney Joe Bottini and Pretrial Services Officer Paula McCormick, requests that the "Anchorage area" be extended to include day trips to Palmer and Wasilla.  Mr. Saechao seeks to go to Wasilla Friday or Saturday of this week to procure a pig for a community celebration.  He has requested this exception before because he is occasionally responsible for procuring livestock for his family and friends.  The parties agree that a blanket addition of Wasilla and Palmer to his area restrictions would be appropriate and no harm to the public.

DATED this 21st day of March 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on March 21, 2006,
a copy of the *Unopposed Motion on
Shortened Time to Amend Bail Conditions*
was served electronically on:

Joseph Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Paula McCormick
Pretrial Services Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy

United States v. Chiem Euy Saechao
Case No. A04-0108 CR (JWS)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2