UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHIEM EUY SAECHAO,<br><br>　　　　　Defendant. | NO. A04-0108 CR (JWS)<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Amend Bail Conditions, the motion is GRANTED. The bail conditions are hereby modified to permit Mr. Saechao to make day trips to Wasilla and Palmer without express written court permission. All other conditions remain the same.

DATED this _____ day of March 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE