UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHIEM EUY SAECHAO,<br><br>    Defendant. | NO. A04-108 CR (JWS)<br><br>**ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Amend Bail Conditions, the motion is **GRANTED**. The bail conditions are hereby modified to permit Mr. Saechao to make day trips to Wasilla and Palmer without express written court permission. All other conditions remain the same.

DATED this 23rd day of March 2006.

/s/
JOHN W. SEDWICK
U.S. DISTRICT JUDGE