UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __06/14/06__

To: United States Court of Appeals      ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                              (xx) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103           ( )JUDGE

From: Shari Fuhrer
      U.S. District Court
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513

DC No: __3:04-cr-00108-JWS__           Appeal No: __05-30439__

Short title: __USA v Saechao__

Composition of Record

Clerk's Files in __2__ volumes     (x) original     ( ) certified copy

     Bulky docs. ____ volumes, docket # _____
                                      (folders)

Reporter's in ____ expandos    (xxx) original   ( )certified copy
Transcripts

Exhibits:  in ____ envelopes     ( ) under seal

        in ____ boxes         ( ) under seal

-98Other **NOTE: Documents 95-98 are electronic and available through PACER (certified copy of ACMS and ECF dockets enclosed**
(please note any documents filed under seal)

Acknowledgement:_____      Date:_____
"record.app" [11/21/97]