NELSON P. COHEN
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR STATUS** |
| vs. | ) | **CONFERENCE** |
| | ) | **REGARDING EXECUTION** |
| CHIEM EUY SAECHAO, | ) | **OF SENTENCE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and requests that the court set a status conference regarding the defendant reporting for execution of sentence.

As the court will recall, Saechao was convicted on June 6, 2005, following a bench trial, of one count of importing opium (in violation of 21 U.S.C. §952, 960(a), and 960(b)(3)), and one count of receiving merchandise that he knew had

been unlawfully imported into the United States (in violation of 18 U.S.C. §545). The defendant was sentenced on August 24, 2005, to 48 months in custody. Following sentencing, he was allowed to remain released on bond pending his appeal of a pretrial suppression issue to the Ninth Circuit Court of Appeals.

On February 5, 2007, the Ninth Circuit entered a judgment affirming the district court's denial of the defendant's pretrial motion to suppress. Saechao has not sought further review from the Ninth Circuit or from the United States Supreme Court and his time for seeking such review has now expired.

Thus, it would appear appropriate for the court to set a status conference concerning the defendant reporting for execution of sentence.

RESPECTFULLY SUBMITTED this 17th day of September, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Joseph W. Bottini
JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Request for Status Conference Regarding Execution of Sentence was sent electronically to the following counsel of record on September 17, 2007.

Sue Ellen Tatter
Asst. Federal Defender

 s/ Joseph W. Bottini