MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs. <u>CHIEM EUY SAECHAO</u>      CASE NO. <u>3:04-cr-00108-01-JWS</u>
Defendant: <u>X</u> Present <u>X</u> On Bond

BEFORE THE HONORABLE:        <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER:       <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:     <u>JOSEPH BOTTINI</u>

DEFENDANT'S ATTORNEY:        <u>SUE ELLEN TATTER</u>

U.S.P.O.:                    <u>PAULA MCCORMICK</u>

PROCEEDINGS: STATUS CONFERENCE RE EXECUTION OF SENTENCE
             HELD SEPTEMBER 25, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

Court and counsel heard re non-appearance of Mien Interpreter.

Court and counsel heard re defendant's unopposed oral motion to continue hearing; **GRANTED**. Status Conference re Execution of Sentence set for **October 11, 2007 at 10:00 a.m.**

Defendant's conditions of release remain as previously set.

At 8:46 a.m. court adjourned.

DATE:    <u>September 25, 2007</u>    DEPUTY CLERK'S INITIALS: <u>amk</u>

Revised 6-18-07