MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>CHIEM EUY SAECHAO</u>   CASE NO. <u>3:04-CR-00108-01-JWS</u>
Defendant: <u>X</u> Present <u>X</u> On Bond

BEFORE THE HONORABLE: <u>       JOHN W. SEDWICK                     </u>

DEPUTY CLERK/RECORDER: <u>       SAMANTHA LARK                      </u>

UNITED STATES' ATTORNEY: <u>     JOSEPH BOTTINI                     </u>

DEFENDANT'S ATTORNEY: <u>        SUE ELLEN TATTER                   </u>

U.S.P.O.: <u>                    BARBARA BURTON                     </u>

INTERPRETER: <u>                 CASEY LEE        ( MIEN   )        </u>
<u> X </u> Telephonic Appearance                    (Language)

PROCEEDINGS: CONTINUED STATUS CONFERENCE RE EXECUTION OF SENTENCE
             HELD 10/11/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:41 a.m. court convened.

Court and counsel heard re Defendant's Oral Motion to remand in one month; **GRANTED.**

Court and counsel heard re defendant's request to be placed in a Bureau of Prison facility where the 500 hour drug program is available.

Court **STRONGLY** recommends defendant be placed in a Bureau of Prison facility where the 500 hour Drug Program is available.

Defendant's conditions of release remain as previously set.

The defendant shall surrender to the United States Marshal for this district on **November 16, 2007 before 12:00 p.m.**

At 10:53 a.m. court adjourned.


DATE: <u>   October 11, 2007        </u>   DEPUTY CLERK'S INITIALS: <u> sal  </u>


Revised 6-18-07